# Exhibit 12

FwdReImpersonating .mlm

Page 1

b6 -1
b7C -1

b6 -1
b7C -1

From:
To:
Date: 1/21/04 5:15PM
Subject: Fwd: Re: Impersonating FBI

b2 -3
b7E -1

When I was in the unit in December, I thought we agreed to take everything out of the EC that doesn't specifically pertain to the "impersonation" issue. All of that other information (including our suggestion that the detainee was threatened [ ] is still in there, which I think is totally inappropriate.

b2 -3
b7E -1

Regarding the "impersonation", I'm still not sure what our issue is here. It's fairly clear to me that the "FBI Agent" wasn't successful in gaining the detainees cooperation. Thereafter, (months later) [ ] carried the day with his ruse regarding [ ] Once again, this technique, and all of those used in these scenarios, was approved by the Dep Sec Def Additionally, the techniques specifically called into question in the EC were employed months after, and in a different environment from, the "FBI Agent" ruse.

I would request that Spike Bowman, or his designee, review this information and provide us with a definitive opinion before we make an issue of it

Thanks.

b6 -1
b7C -1

CC:

b6 -1
b7C -1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-03-2004 BY 61579DMH/BCE/gjg 04-CV-4151

DETAINEES-3832

DOJFBI-001923

A-176