# Exhibit 19

**From:** (b)(6)
**Sent:** Wednesday, May 25, 2005 7:20 PM
**To:** (b)(6)
**Cc:**
**Subject:** RE: Question from the Office of Detainee Affairs

(b)(6)

1. I conduct informal inspections of the SHU frequently to observe staff performance, detainee behavior, staff-detainee interaction, etc. My TD, (b)(6) conducts them too, at different times from me, and also notes maintenance issues. Other staff members (b)(6) (b)(6) also are in the SHU weekly/daily.

2. There are unannounced inspections by both myself and the TD and they happen on average about twice/month.

BREAK

1 June is good to go for a visit from Al-Marri's attorney.

r,
(b)(6)

> -----Original Message-----
> From: (b)(6)
> Sent: Wednesday, May 25, 2005 14:21
> To: (b)(6)
> Cc: (b)(6)
> Subject: Question from the Office of Detainee Affairs
>
> (b)(6)
>
> The Office of Detainee Affairs is working to respond to a Congressional inquiry by COB today. Accordingly, I am passing along the following questions to you:
>
> 1. How often do you conduct inspections of the SHU?
> 2. Are the inspections ever UNannounced? If so, how often?
>
>
> BREAK
>
> I also need to confirm that Al Marri's attorneys can visit their client next Wednesday 1 June 05.
>
> Thanks,
> V/r (b)(6)
>
>
> Very Respectfully,
>

(b)(6)

1