# Exhibit 25

```
                    (b)(6)
```

From:           (b)(6)
Sent:       Sunday, July 02, 2006 1:39 PM
To:                       (b)(6)
Cc:
Subject:        RE: FW: EC Mail transmitted to GTMO

(b)(6) - thanks for the email back - (b)(6) probably told you, I was trying to reach you when I reach him.
You have every right to question the "lash-up" between GTMO and Charleston - it was the first thing I ask about a year ago when I checked on board. Our use of GTMO on everything ranging from our procedures compared to yours to this particular issue appears to be driven by OSD Detainee Affairs. In a nutshell, they gave the Charleston detainee "mission" to JFCOM who promptly gave it to FFC with a "lots of luck" and nothing else. I suspect that SOUTHCOM is a probable "Supporting Commander" to JFCOM but I don't have the

                    (b)(2)High

Marri seems to be solely a caretaker case with the exception of his two lawsuits. Just like the (b)(6) request for review of books, it appears any support from OSD for this detainee inevitably flows to the detainee mission in GTMO. My office is the SOLE representative within DON - I work with our DCOM and that's it.
When do you get back to GTMO? Maybe we can have a teleconference between you and me, and maybe my detainee AO, (b)(6)
Cheers, (b)(6)

---

From: (b)(6)
Sent: Sunday, July 02, 2006 12:05
To: (b)(6)
Cc:
Subject: Re: FW: EC Mail transmitted to GTMO


(b)(6)

(b)(6) can get with the JDG S2 and press them to clear this back log.

(b)(6), Good to hear from you. Hope all is well. One issue that I haven't quite come to grips with yet is the lash-up btw GTMO and Charleston. Are you aware of any formal arrangements btw GTMO and Charleston (via SOUTHCOM and NORTHCOM) that cover translation services, etc.? I am trying to make sure we have something formal in place that says something to the effect that GTMO act as the translation clrg house for all translations services for enemey combatants held in GTMO and the US. I have been trying to get my J3 to clear some books for (b)(6) for your guy there, and have been getting push back from them saying "how can we be sure that GTMO's processes are okay for Charleston?" I have assured them that somehow the country that put a man on the moon can surely overcome this titanic obstacle! :-)

We'll get these letters out ASAP.

Take care,

V/R

(b)(6)

--------------- Original message ---------------
From: "                          (b)(6)

(b)(6) need your advice on this. I understand his concern. Is this a J-2 issue and

1