# Exhibit 26

From: (b)(6)
Sent: Wednesday, January 08, 2003 7:42 AM
To: (b)(6)
Subject: RE: CARE OF DETAINEE USCIT (b)(2)High

Thanks (b)(6) will stand by.
V/R,
(b)(6)

-----Original Message-----
From: (b)(6)
Sent: Wednesday, January 08, 2003 6:28 AM
To: (b)(6)
Cc:
Subject: RE: CARE OF DETAINEE USCIT (b)(2)High

(b)(6) - the incentives question was passed to DHS for review. They are considering their approach to the detainee with no answers yet.

-----Original Message-----
From: (b)(6)
Sent: Tuesday, January 07, 2003 18:13
To: (b)(6)
Cc: (b)(6)
Subject: CARE OF DETAINEE USCIT (b)(2)High

Good evening (b)(6) I saw the detainee this morning during routine daily rounds. He was in excellent spirits, in good health (individual has gained 18 pounds since his arrival based on yesterday's weigh in), had no complaints and made no requests. For (b)(6) Sir passed along the information contained in your email from yesterday afternoon. He was not surprised at the decisions made. One additional item, has any progress been made or decisions made with regards to the incentives discussed for the detainee.
V/R
(b)(6)

1