UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA (Charleston)

| Lebron et al. | : | Case No.: 2:07-cv-00410-HFF-RSC |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| Rumsfeld et al. | : | |

## INDEX OF EXHIBITS TO THIRD AMENDED COMPLAINT

| Exhibit 1 | Detention of Enemy Combatants in the War on Terror, Remarks of White House Counsel Alberto Gonzales to American Bar Association, Standing Committee on Law and National Security (Feb. 4, 2004), *reproduced in* 50 Cong. Rec. S2702-05 (2004). |
|---|---|
| Exhibit 2 | Declaration of Michael H. Mobbs, Special Advisor to the Undersecretary of Defense for Policy, to the United States District Court for the Southern District of New York (Aug. 27, 2002), regarding Mr. Mobbs' knowledge of the circumstances surrounding Mr. Padilla's detention as an "enemy combatant." |
| Exhibit 3 | Executive Order (June 9, 2002), declaring Mr. Padilla to be an "enemy combatant" and directing the Secretary of Defense to take Mr. Padilla into military custody. |
| Exhibit 4 | Michael Isikoff et al, *Torture's Path*, Newsweek, Oct. 17, 2007; John Barry et al, *The Roots of Torture*, Newsweek, Jan. 25, 2008. |
| Exhibit 5 | Draft Memorandum to Department of Defense General Counsel William Haynes re *Application of Treaties and Laws to al Qaeda and Taliban Detainees* (Jan. 9, 2002). |
| Exhibit 6 | Memorandum to White House Counsel Alberto Gonzales re *Application of Treaties and Laws to al Qaeda and Taliban Detainees* (Jan. 22, 2002). |
| Exhibit 7 | Memorandum to Department of Defense General Counsel William Haynes re *Potential Legal Constraints Applicable to Interrogations of Persons Captured by U.S. Armed Forces in Afghanistan* (Feb. 26, 2002). |
| Exhibit 8 | Memorandum to White House Counsel Alberto Gonzales re *Standards of Conduct for Interrogation under 18 U.S.C. §§ 2340-2340A* (Aug. 1, 2002). |
| Exhibit 9 | Memorandum to Department of Defense General Counsel William Haynes re *Military Interrogation of Alien Unlawful Combatants Held Outside the United States* (Mar. 14, 2003). |
| Exhibit 10 | Alberto J. Mora, *Memorandum for Inspector General, Department of the Navy* (July 7, 2004). |
| Exhibit 11 | Memoranda forwarding to the Department of Defense the request of JTF-170 for authorization of additional interrogation techniques (Oct. 11 - 25, 2002) |
| Exhibit 12 | Declassified FBI email referencing Deputy Secretary of Defense Paul Wolfowitz's approval of the use of additional interrogation techniques (Jan. 1, 2004). |
| Exhibit 13 | Approved Memorandum from Department of Defense General Counsel William Haynes to Secretary of Defense Donald Rumsfeld recommending approval of additional counter-resistance techniques (Nov. 27, 2002). |
| Exhibit 14 | FBI Memorandum re Legal Analysis of Interrogation Techniques (Nov. 27, 2002). |

| Exhibit 15 | Draft Report of the Working Group on Detainee Interrogations in the Global War on Terrorism (Mar. 6, 2003). |
|---|---|
| Exhibit 16 | Report of the Working Group on Detainee Interrogations in the Global War on Terrorism (Apr. 1, 2003). |
| Exhibit 17 | Memorandum from Secretary of Defense Donald Rumsfeld to the Commander, U.S. Southern Command authorizing specific interrogation techniques (Apr. 16, 2003). |
| Exhibit 18 | Declaration of Stephanie L. Wright, Commander, Consolidated Naval Brig, to the United States District Court for the District of South Carolina (July 14, 2006). |
| Exhibit 19 | Email from Commander Stephanie L. Wright re Question from the Office of Detainee Affairs (May 25, 2005). |
| Exhibit 20 | Declaration of Vice Admiral Jacoby, Director of the Defense Intelligence Agency to the United States District Court for the Southern District of New York, regarding the need for indefinite incommunicado detention and interrogation of Mr. Padilla (Jan. 9, 2003). |
| Exhibit 21 | Photographs of conditions under which Mr. Padilla was transported from his cell to a dental appointment on the Brig, entered as exhibits to the Motion to Dismiss for Outrageous Governmental Conduct in Mr. Padilla's criminal trial in the Southern District of Florida (Oct. 5, 2006). |
| Exhibit 22 | Vice Admiral Church, Brief to the Secretary of Defense on Treatment of Enemy Combatants Detained at Naval Station Guantanamo Bay, Cuba, and Naval Consolidated Brig, Charleston (May 11, 2004). |
| Exhibit 23 | Email between Norfolk Brig and Chain of Command re Detainee Issues (Apr. 17, 2002) |
| Exhibit 24 | Email between Charleston Brig and Chain of Command re Request for Guidance (June 21, 2005). |
| Exhibit 25 | Email within Chain of Command re EC Mail Transmitted to GTMO (July 2, 2006). |
| Exhibit 26 | Email between Chain of Command and Norfolk Brig re Care of Detainee USCit (Jan. 8, 2003). |
| Exhibit 27 | Email from Norfolk Brig to Chain of Command re Weekly Update on the Care of Detainee USCit (May 31, 2002) |
| Exhibit 28 | Emails between Norfolk Brig and Chain of Command re Care of USCit Detainee (June 27, 2002) and re Letter from Federal Public Defender (May 17, 2002). |
| Exhibit 29 | Email between Norfolk Brig and Chain of Command re Care of Detainee USCit (June 4, 2003). |
| Exhibit 30 | Email from Norfolk Brig to Chain of Command re Weekly Update on the Care of Detainee USCit (June 28, 2002). |
| Exhibit 31 | Email from Norfolk Brig to Chain of Command re Weekly Update on the Care of Detainee USCit (September 6, 2002). |
| Exhibit 32 | Email between Norfolk Brig and Chain of Command re Weekly Update on the Care of Detainee USCit (June 24, 2002). |
| Exhibit 33 | Department of Justice Office of the Inspector General, Review of the FBI's Involvement in and Observations of Detainee Interrogations in Guantanamo Bay, Afghanistan, and Iraq (May 2008). |