IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| JOSE PADILLA, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | Case No. 2:07-410-HFF-RSC |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD H. RUMSFELD, et al., | ) | |
| | ) | |
| Defendants. | ) | February 11, 2009 |

### JOINT NOTICE OF THE PARTIES
### RE PLAINTIFFS' ACTION IN THE NORTHERN DISTRICT OF CALIFORNIA

By Order dated February 9, 2009 [doc. # 131], the Court instructed the parties to confer and file a joint submission clarifying the status of *Padilla v. Yoo*, 3-08-cv-35-JSW (N.D. Cal) and its relation to the instant action. In accordance with the Court's instruction, the parties have conferred and now respond to the Court's questions as follows:

1. **As to the status of *Padilla v. Yoo*, 3-08-cv-35-JSW (N.D. Cal. 2008):** Following the filing of an amended complaint, Mr. Yoo filed a motion to dismiss. That motion has been briefed but not argued. Please refer to point three below for more information.

2. **As to its relation to this case:** *Padilla v. Yoo* is a suit by Jose Padilla and Estela Lebron against John Yoo in his individual capacity. It presents some but not all of the factual allegations at issue in the instant case, and avers other facts not at issue here. Mr. Yoo has made some but not all of the arguments for dismissal that defendants in the instant case have made, and he has advanced other arguments not raised here. None of the Defendants in the instant case have been sued in the Northern District of California action. Mr. Yoo is a resident of Berkeley, California. At the time that the Plaintiffs filed the Northern District of California suit, those

individual defendants in this case who did not reside within the District of South Carolina had asserted a defense of lack of personal jurisdiction.

3. **As to the status of the pending motion to dismiss in the California action:** The Northern District of California has set argument on the motion to dismiss for March 6, 2009. On the same date, the Northern District will also hear argument on whether it should permit Mr. Yoo to submit certain declassified but non-public memoranda under seal in support of his motion to dismiss.

4. **As to any res judicata effect:** This action and the Yoo action involve different defendants. Accordingly, neither case has any res judicata effect as to the other. To the extent that the Court's res judicata inquiry extends to potential "issue preclusion" or collateral estoppel effect, the Defendants maintain that there could be collateral estoppel effects depending upon the sequence and outcome of future litigation in the cases. The Plaintiffs agree that hypothetically there could be collateral estoppel effects depending on the sequence and outcome of future litigation in the cases, and maintain that those effects could not occur from the adjudication of either motion to dismiss.

5. **As to any other pertinent information:** Because the hearing in the Northern District of California is scheduled for 3/6/09, and involves cross-country travel and significant preparation, and because any objections to a Report and Recommendation must be filed within ten days, the parties respectfully request that this Court defer issuance of its Report and Recommendation until after 3/6/09, so that the parties will have a full opportunity to respond.

Respectfully submitted,

W. WALTER WILKINS
United States Attorney for the
District of South Carolina

/s/Barbara M. Bowens
BARBARA M. BOWENS (I.D. #4004)
Civil Chief
United States Attorney's Office
District of South Carolina
First Union Building
1441 Main Street Suite 500
Columbia, SC 29201
Telephone: (803) 929-3052
Facsimile: (803) 254-2912
E-mail: barbara.bowens@usdoj.gov

MICHAEL F. HERTZ
Acting Assistant Attorney General

TIMOTHY P. GARREN
Director Torts Branch
Civil Division

MARY HAMPTON MASON
Senior Trial Counsel

GLENN S. GREENE (admitted *pro hac vice* )
SARAH WHITMAN
Trial Attorneys
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4143
Facsimile:  (202) 616-4314
E-mail: glenn.greene@usdoj.gov

*Attorneys for Defendants Donald H. Rumsfeld,
John Ashcroft, Paul Wolfowitz, Lowell E.
Jacoby, Michael H. Mobbs, William Haynes,
Catherine T. Hanft, Melanie A. Marr,
Stephanie L. Wright, Mack Keen, Sandy*

 /s/ Michael P. O'Connell

Michael P. O'Connell
STIRLING & O'CONNELL
145 King Street, Suite 410
P.O. Box 882
Charleston, S.C.  29402
(843) 577-9890
South Carolina Identifications 4260

Jonathan M. Freiman (*pro hac vice*)
Hope R. Metcalf (*pro hac vice*)
NATIONAL LITIGATION PROJECT OF THE
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
Yale Law School
127 Wall Street
New Haven, CT  06510-8215
Telephone:  (203) 498-4584

*Of Counsel:*

Tahlia Townsend (*pro hac vice*)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT  06510-7001

*Attorneys for plaintiffs*

3

*Seymour, Dr. Craig Noble, and Robert M. Gates*

VINCENT M. GARVEY
Deputy Branch Director
Federal Programs Branch

W. SCOTT SIMPSON (I.D. #9965)
Senior Trial Counsel

Federal Programs Branch, Civil Division
U.S. Department of Justice
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

*Attorneys for United States Secretary of Defense in his official capacity*

**Dated:  February 11, 2009**