IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JOSE PADILLA, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD H. RUMSFELD, et al., )<br>)<br>    Defendants. )<br>) | Case No. 2:07-410-HFF-RSC |

### *UNOPPOSED* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM BY SECRETARY OF DEFENSE IN HIS OFFICIAL CAPACITY AND MEMORANDUM IN SUPPORT THEREOF

Defendant Robert M. Gates, in his official capacity as the Secretary of Defense, hereby moves, by his undersigned counsel, for leave to file a supplemental memorandum in support of his motion to dismiss (Doc. #92).

1. During oral argument on the Secretary's motion to dismiss on January 29, 2009, counsel for the plaintiffs substantially relied on two court decisions not cited in their opposition memorandum (Doc. #107), and provided copies of those decisions to the Court during the argument.

2. Given that the subject decisions — Meese v. Keene, 481 U.S. 465 (1987), and Foretich v. United States, 351 F.3d 1198 (D.C. Cir. 2003) — were not cited in plaintiffs' opposition, defendants have not heretofore had an adequate opportunity to address the issues raised thereby.

Accordingly, the Secretary of Defense respectfully requests leave to file the accompanying Supplemental Memorandum in Support of Motion to Dismiss by United States Secretary of Defense in His Official Capacity, addressing these two court decisions and the issues raised therein.

Counsel for the Secretary conferred regarding this motion with counsel for the plaintiffs, Ms. Hope R. Metcalf, who stated that plaintiffs consented to the relief requested herein.

    Respectfully submitted,

    MICHAEL F. HERTZ
    Acting Assistant Attorney General

    W. WALTER WILKINS
    United States Attorney

    s/ *Barbara M. Bowens*
    _____
    BARBARA M. BOWENS (I.D. #4004)
    Civil Chief
    United States Attorney's Office
    First Union Building
    1441 Main Street Suite 500
    Columbia, South Carolina 29201
    Telephone:   (803) 929-3052
    Facsimile:    (803) 254-2912
    E-mail: barbara.bowens@usdoj.gov

    VINCENT M. GARVEY
    Deputy Branch Director
    Federal Programs Branch

    W. SCOTT SIMPSON (I.D. #9965 Inactive)
    Senior Trial Counsel

    Federal Programs Branch, Civil Division
    U.S. Department of Justice
    Post Office Box 883
    Washington, D.C. 20044
    Telephone:   (202) 514-3495
    Facsimile:    (202) 616-8470
    E-mail: scott.simpson@usdoj.gov

    Dated:  February 18, 2009

    COUNSEL FOR UNITED STATES
    SECRETARY OF DEFENSE
    IN HIS OFFICIAL CAPACITY