# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| JOSE PADILLA, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:07-410-HFF-RSC |
| ) | |
| v. ) | |
| ) | |
| DONALD H. RUMSFELD, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court, having considered the federal Defendants' Motion to Withdraw Motions to Dismiss With Leave to Immediately Re-file hereby **ORDERS** that the motion is **GRANTED**, and **ORDERS FURTHER** that the responses and replies to the Motions to Dismiss need not be re-filed and will be considered as already being a part of the record.

Date:  February 26, 2009         ___s/Henry F Floyd_____
Spartanburg, SC                  The Honorable Henry F. Floyd
                                 United States District Judge