**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| JOSE PADILLA, et al.,                    ) | Civil Action No. 2:07-410-RMG-RSC |
|                                          ) | |
|     Plaintiffs,      ) | |
|                                          ) | |
|     v.               ) | |
|                                          ) | |
| DONALD H. RUMSFELD, et al.,              ) | |
|                                          ) | |
|     Defendants.      ) | |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's Order dated September 2, 2010, individual defendants Donald H. Rumsfeld, John Ashcroft, Paul Wolfowitz, Lowell E. Jacoby, Michael H. Mobbs, William Haynes, Catherine T. Hanft, Melanie A. Marr, Stephanie L. Wright, Mack D. Keen, Sandy Seymour, Dr. Craig Noble (collectively, the "federal Defendants"), and defendant Robert M. Gates in his official capacity as the Secretary of Defense, hereby report on the status of the above-captioned action as follows:

The parties are awaiting the issuance of the Magistrate Judge's Report and Recommendation on the federal Defendants' motion to dismiss and Robert M. Gates' motion to dismiss. With regard to their defense, the federal Defendants are consulting with private counsel in addition to the Justice Department attorneys representing them in this action.

Dated: September 15, 2010                                Respectfully submitted,

BETH CALDWELL DRAKE                     United States Attorney's Office
First Assistant United States Attorney for the     District of South Carolina
District of South Carolina                    First Union Building
                                          1441 Main Street Suite 500
*s/Barbara M. Bowens*                        Columbia, SC 29201
BARBARA M. BOWENS (I.D. #4004)      Telephone: (803) 929-3052
Civil Chief                              Facsimile: (803) 254-2912
                                          E-mail: barbara.bowens@usdoj.gov

MICHAEL F. HERTZ                     United States Department of Justice
Acting Assistant Attorney General        Torts Branch, Civil Division
                                          P.O. Box 7146
TIMOTHY P. GARREN                  Ben Franklin Station
Director Torts Branch                    Washington, DC 20044
Civil Division                             Telephone:  (202) 616-4143
                                          Facsimile:  (202) 616-4314
MARY HAMPTON MASON            E-mail: glenn.greene@usdoj.gov
Senior Trial Counsel                   *Attorneys for Defendants Donald H.*
(admitted *pro hac vice*)                *Rumsfeld, John Ashcroft, Paul Wolfowitz,*
                                          *Lowell E. Jacoby, Michael H. Mobbs, William*
                                          *Haynes, Catherine T. Hanft, Melanie A. Marr,*
GLENN S. GREENE (admitted *pro hac vice*)    *Stephanie L. Wright, Mack Keen, Sandy*
                                          *Seymour, Dr. Craig Noble, and Robert M.*
                                          *Gates*

VINCENT M. GARVEY                   Federal Programs Branch, Civil Division
Deputy Branch Director                 U.S. Department of Justice
Federal Programs Branch               Post Office Box 883
                                            Washington, D.C. 20044
                                          Telephone:  (202) 514-3495
W. SCOTT SIMPSON (I.D. #9965)        Facsimile:  (202) 616-8470
Senior Trial Counsel                 *Attorneys for United States Secretary of*
                                          *Defense in his Official Capacity*

2