IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOSE PADILLA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:07-410-HFF-RSC |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD H. RUMSFELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STATUS REPORT**

Pursuant to the Court's Order dated September 2, 2010, Plaintiffs Jose Padilla and Estella Lebron, hereby report on the status of the above-captioned action as follows:

The parties are awaiting the issuance of the Magistrate Judge's Report and Recommendation on the federal Defendants' motion to dismiss and Robert M. Gates' motion to dismiss.

    Respectfully submitted,

    /S MICHAEL P. O'CONNELL
    Michael P. O'Connell
    Stirling & O'Connell
    109 Wappoo Creek Drive, 2-B
    Charleston, SC 29412
    843-577-9890 phone
    843-577-9826 facsimile

September 17, 2010    SC Bar ID 4260