IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOSE PADILLA, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | Case No. 2:07-410-RMG-RSC |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD H. RUMSFELD, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## **NOTICE**

    As a supplement to the Court's Order dated September 2, 2010 seeking a status report, individual defendants Donald H. Rumsfeld, John Ashcroft, Paul Wolfowitz, Lowell E. Jacoby, Michael H. Mobbs, William Haynes, Catherine T. Hanft, Melanie A. Marr, Stephanie L. Wright, Mack D. Keen, Sandy Seymour, and Dr. Craig Noble (collectively, the "federal Defendants"), hereby report as follows:

    The parties are awaiting the issuance of the Magistrate Judge's Report and Recommendation on the federal Defendants' motion to dismiss. On September 30, 2009, with regard to the pending motions, the Court stated that "the parties will be directed to file supplemental briefs at a later date." (Dkt. No. 158). The parties have not yet been so directed, but more than one of the federal Defendants, with the advice of their private counsel, are considering submitting additional briefing on the federal Defendants' motion to dismiss. Private counsel for the federal Defendants have represented that if they do opt to submit supplemental briefing, they will do so on or before November 15, 2010.

| | |
|---|---|
| Dated: October 1, 2010 | Respectfully submitted, |
| BETH CALDWELL DRAKE<br>First Assistant United States Attorney for<br>the District of South Carolina | United States Attorney's Office<br>District of South Carolina<br>First Union Building<br>1441 Main Street Suite 500<br>Columbia, SC 29201 |
| S/ Barbara M. Bowens<br>BARBARA M. BOWENS (I.D. #4004)<br>Civil Chief | Telephone: (803) 929-3052<br>Facsimile: (803) 254-2912<br>E-mail: barbara.bowens@usdoj.gov |
| MICHAEL F. HERTZ<br>Acting Assistant Attorney General | United States Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 7146 |
| TIMOTHY P. GARREN<br>Director Torts Branch<br>Civil Division | Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 616-4143<br>Facsimile: (202) 616-4314 |
| MARY HAMPTON MASON<br>Senior Trial Counsel<br>(admitted *pro hac vice*) | E-mail: glenn.greene@usdoj.gov<br><br>*Attorneys for Defendants Donald H.*<br>*Rumsfeld, John Ashcroft, Paul Wolfowitz,* |
| GLENN S. GREENE (admitted *pro hac vice*) | *Lowell E. Jacoby, Michael H. Mobbs,*<br>*William Haynes, Catherine T. Hanft,*<br>*Melanie A. Marr, Stephanie L. Wright, Mack*<br>*Keen, Sandy Seymour and Dr. Craig Noble* |