UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA (Charleston)

| | | |
|---|---|---|
| Lebron et al. | : | Case No.: 2:07-cv-00410 |
| | : | |
| v. | : | |
| | : | |
| Rumsfeld et al. | : | |
| | : | |
| | : | |
| | : | November 30, 2007 |

## PLAINTIFF'S' NOTICE THAT THEY DO NOT OPPOSE THE MOTION TO WITHDRAW AS COUNSEL FILED BY THE ATTORNEYS FOR THE DEFENDANT DONALD RUMSFELD

Plaintiffs through their counsel give notice to this Court that they do not oppose

the Motion by Defendant Donald Rumsfeld's attorney to withdraw as his counsel

**PLAINTIFFS
JOSE PADILLA & ESTELA LEBRON**

Respectfully submitted,

S/MICHAEL P. O'CONNELL
Michael P. O'Connell
STIRLING & O'CONNELL
109 Wappoo Creek Drive, 2-B
Charleston, SC 29412
Charleston, SC 29402
(843) 577-9890
South Carolina Identifications 4260

Jonathan M. Freiman (*pro hac vice*)
Hope R. Metcalf (*pro hac vice*)
National Litigation Project
Allard K. Lowenstein International Human
Rights Clinic
Yale Law School
P.O. Box 208215
New Haven CT 06520-8215
(203) 498-4584

Tahlia Townsend (*pro hac vice*)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001

*ATTORNEYS FOR THE PLAINTIFFS*