IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| JOSE PADILLA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:07-410-HFF-RSC |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD H. RUMSFELD, et al., | ) | |
| | ) | |
| Defendants. | ) | February 10, 2011 |

**DESIGNATION OF COUNSEL FOR ORAL ARGUMENT ON
THE MOTION TO DISMISS BY DEFENDANT GATES**

In accordance with the Court's Order of January 18, 2011 ((Dkt. Entry 261), plaintiffs respectfully designate Tahlia Townsend to present argument on the motion to dismiss by Defendant Gates (Dkt. Entry 92), at the oral argument scheduled for February 14, 2011.

> Respectfully submitted,
>
> /s/MICHAEL P. O'CONNELL
> Michael P. O'Connell (I.D. #4260)
>
> STIRLING & O'CONNELL
> 109 Wappoo Creek Drive, 2-B
> Charleston, SC 29412
> Telephone:  (843) 577 9890
> Facsimile: (843) 577-9826
> moconnell@stirlingoconnell.com
>
> Jonathan M. Freiman (*pro hac vice*)
> Hope R. Metcalf (*pro hac vice*)
> Tahlia Townsend (*pro hac vice*)
> National Litigation Project
> Allard K. Lowenstein International
> Human Rights Clinic
> Yale Law School
> P.O. Box 208215
> New Haven, CT  06520-8215
> Telephone: (203) 498-4584

1

OF COUNSEL:
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510-7001

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2010, copy of the foregoing Designation of Counsel was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/MICHAEL P. O'CONNELL
                Michael P. O'Connell (I.D. # 4260)
                STIRLING & O'CONNELL
                109 Wappoo Creek Drive, 2-B
                Charleston, SC 29412
                Telephone: (843) 577 9890
                Facsimile: (843) 577-9826
                moconnell@stirlingoconnell.com