AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Estela Lebron, *for herself and as Mother and Next Friend of Jose Padilla*, Jose Padilla )<br>*Plaintiff* )<br>v. )<br>Robert M Gates, *Secretary of Defense in his official and individual capacities*, et al )<br>*Defendant* ) | Civil Action No.  2:07-cv-00410-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Defendant Robert M Gates' Motion to Dismiss is granted and Defendants' Motion to Dismiss *Plaintiff's Third Amended Complaint* is granted.

This action was:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, from a Hearing on the Motions.

Date:  February 18, 2011                                     *CLERK OF COURT*

                                                             s/ Sandra Shealy
                                                             _____
                                                             *Signature of Clerk or Deputy Clerk*