FILED: January 23, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-6480
(2:07-cv-00410-RMG)

_____

ESTELA LEBRON, for herself and as Mother and Next Friend of Jose Padilla; JOSE PADILLA

      Plaintiffs - Appellants

v.

DONALD H. RUMSFELD, Former Secretary of Defense; CATHERINE T. HANFT, Former Commander Consolidated Brig; MELANIE A. MARR, Former Commander Consolidated Brig; LOWELL E. JACOBY, Vice Admiral, Former Director Defense Intelligence Agency; PAUL WOLFOWITZ, Former Deputy Secretary of Defense; WILLIAM HAYNES, Former General Counsel Department of Defense; LEON E. PANETTA, Secretary of Defense in his official and individual capacities

      Defendants - Appellees

and

JOHN ASHCROFT, Former Attorney General; MICHAEL H. MOBBS, Special Advisor to Undersecretary of Defense for Policy; JOHN DOES, 1-48, in their individual capacities; MACK D. KEEN, Senior Chief Consolidated Brig; CRAIG NOBLE, Dr.; SANDY SEYMOUR, Technical Director Consolidated Brig; STEPHANIE L. WRIGHT, Commander Consolidated Brig

      Defendants

-------------------------------

JAMES P. CULLEN, Brigadier General, USA (Ret.); MORRIS D. DAVIS, Colonel, USAF (Ret.); EUGENE R. FIDELL, Lieutenant Commander, USCG (Ret.); EVELYN P. FOOTE, Brigadier General, USA (Ret.); DON GUTER, Rear Admiral, JAGC, USN (Ret.); LEIF H. HENDRICKSON, Brigadier General, USMC (Ret.); JOHN D. HUTSON, Rear Admiral, JAGC, USN (Ret.); DAVID R. IRVINE, Brigadier General, USA (Ret.); CLAUDIA J. KENNEDY, Lieutenant General, USA (Ret.); MERRILL A. MCPEAK, General, USAF (Ret.); RICHARD O'MEARA, Brigadier General, USA (Ret.); CHARLES OTSTOTT, Lieutenant General, USA (Ret.); THOMAS J. ROMIG, Major General, USA (Ret.); STEPHEN N. XENAKIS, Brigadier General, USA (Ret.); ERWIN CHEMERINSKY, Founding Dean University of California-Irvine School of Law; NORMAN DORSEN, Frederick I. and Grace A. Stokes Professor of Law and Co-Director, Arthur Garfield Hays Civil Liberties Program New York University School of Law; DAVID GOLOVE, Hiller Family Foundation Professor of Law New York University School of Law; LEE B. KOVARSKY, Assistant Professor University of Maryland School of Law; ALAN B. MORRISON, Associate Dean for Public Interest and Public Service George Washington University Law School; SHELDON H. NAHMOD, Distinguished Professor of Law and Co-Director of the Institute for Law and the Humanities Chicago-Kent College of Law; ALEXANDER REINERT, Associate Professor of Law Benjamin N. Cardozo School of Law; KERMIT ROOSEVELT, III, Professor of Law University of Pennsylvania Law School; MICHAEL E. TIGAR, Professor of the Practice of Law, Emeritus Duke University School of Law; CARL W. TOBIAS, Williams Professor of Law University of Richmond School of Law; WILLIAM VAN ALSTYNE, Lee Professor of Law William & Mary Law School; STEPHEN I. VLADECK, Professor of Law American University Washington College of Law

   Amici Supporting Appellant

WILLIAM P. BARR; EDWIN MEESE, III; MICHAEL B. MUKASEY; DICK THORNBURGH; UNITED STATES OF AMERICA

   Amici Supporting Appellee

------------------

J U D G M E N T

------------------

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK